**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

DARREL GRANT LeDEE                                    CIVIL ACTION NO. 07-1190

VS.                                                                      JUDGE MELANÇON

WARDEN, WINN
CORRECTIONS CENTER                              MAGISTRATE JUDGE METHVIN

## JUDGMENT

Before the Court is the Magistrate Judge's Report and Recommendation on petitioner's Petition for Writ of *Habeas Corpus* [Rec. Doc. 12] issued on April 28, 2008. Originally, objections to the Report and Recommendation were due by May 15, 2008. However, upon motions of the petitioner [Rec. Docs. 13 & 15] asserting that he did not have access to the prison law library, the Court granted two extensions of the deadline [Rec. Docs. 14 & 16]. Despite these and other measures taken by the Court, petitioner has failed to submit his objections to the Report and Recommendation. Accordingly, as the Court concurs with the Magistrate Judge's conclusions of fact and law, it is

**ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE**..

**THUS DONE AND SIGNED** this 11th day of July, 2008 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE